1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>Steven H. Tsuchida, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-00934-LKK-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF STEVEN H. TSUCHIDA AND ORDER**<br><br><br>Complaint Filed:  APRIL 6, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Steven H. Tsuchida) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendant.  Defendant (Steven H. Tsuchida) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: August 26, 2009                    /s/Scott N. Johnson_____
                                          SCOTT N. JOHNSON
                                          Attorney for Plaintiff

---

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                    CIV: S-09-00934-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2
3  Dated:  August 27, 2009
4
5  _____
   LAWRENCE K. KARLTON
6  SENIOR JUDGE
   UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-00934-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com