1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8   SCOTT N. JOHNSON,

9             Plaintiff,                    No. CIV S-09-0934 LKK GGH

10    vs.

11  STEVEN H. TSUCHIDA, et al.,

12            Defendants.                      ORDER

13  _____/

14          Plaintiff's motion for default judgment against defendant Jacoshenk presently is

15  calendared for hearing on October 8, 2009.  Having reviewed the record, the court has

16  determined that oral argument would not be of material assistance in determining the pending

17  motion.  Accordingly, the court will not entertain oral argument, and will determine the motion

18  on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-

19  230(h).

20          Accordingly, IT IS ORDERED that:

21          1.  The October 8, 2009 hearing on the motion for default judgment, filed August

22  12, 2009, is vacated; and

23          2.  The motion is submitted on the record.

24  DATED: October 5, 2009              /s/ Gregory G. Hollows

25                                      _____
                                        U. S. MAGISTRATE JUDGE
26  GGH:076:Johnson0934.vac.wpd

                                          1